UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81347-CIV-MARRA/MATTHEWMAN

MATTHEW SPARGER, and
EQUILLA SPARGER,

    Plaintiffs,

        v.

NEWMAR CORPORATION, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING REPLY

THIS CAUSE is before the Court upon Defendant Spartan Motor Chassis, Inc.'s Motion to Compel [DE 33] and Defendant Newmar Corporation's Motion to Compel [DE 34]. A hearing on the matter is scheduled for May 14, 2013. *See* DE 35. After the hearing was scheduled, Plaintiffs filed a response claiming that the requested discovery has been produced and that the motions are now moot. *See* DE 36. In the interests of justice, it is hereby

**ORDERED** that on or before **May 10, 2013**, Defendants Spartan Motor Chassis, Inc. and Newmar Corporation, respectively, shall each file a Reply of no longer than 5 pages, stating that it believes its motion to compel is now moot, or in the alternative, setting forth the reasons why it believes its motion is not moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this **1st** day of May, 2013.

                                            WILLIAM MATTHEWMAN
                                            United States Magistrate Judge